IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE EQUIFAX, INC., CUSTOMER
DATA SECURITY BREACH
LITIGATION

**ORDER**

All proceedings and deadlines in the cases set forth in Exhibit A to this Order are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800.

SO ORDERED, this 11 day of October, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
Chief United States District
Judge

# Exhibit A

| Case Number | Case Title | Date Filed |
|---|---|---|
| 1:17-cv-03422-WSD | McGonnigal v. Equifax, Inc. | 9/7/2017 |
| 1:17-cv-03433-AT | Cary et al v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03436-CAP | Kuss v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03443-LMM | Kealy et al v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03444-MHC | Ruscitto v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03445-CAP | Lapter et al v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03447-WSD | Manaher v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03448-AT | Samson v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03449-SCJ | Brown v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03450-LMM | Wolf v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03451-MHC | Washburn et al v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03452-ELR | Durham v. Equifax, Inc. et al | 9/8/2017 |
| 1:17-cv-03453-TWT | Abraham v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03454-WSD | Brandon v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03456-AT | Fiore v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03457-WSD | Lipchitz v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03458-LMM | Martin v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03459-MHC | Menzer v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03460-ELR | Pagliarulo v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03461-CAP | Pugliese v. Equifax, Inc. | 9/8/2017 |
| 1:17-cv-03463-WSD | Kuhns v. Equifax Inc. et al | 9/8/2017 |
| 1:17-cv-03471-CAP | Rust et al v. Equifax, Inc. | 9/11/2017 |
| 1:17-cv-03476-AT | Pavesi et al v. Equifax, Inc. | 9/11/2017 |
| 1:17-cv-03477-LMM | Richmond et al v. Equifax, Inc. | 9/11/2017 |
| 1:17-cv-03479-ELR | Perkins et al v. Equifax Inc. | 9/11/2017 |
| 1:17-cv-03480-TWT | Boundy et al v. Equifax, Inc. | 9/11/2017 |
| 1:17-cv-03482-TCB | Strauchman v. Equifax, Inc. | 9/11/2017 |
| 1:17-cv-03483-AT | Summit Credit Union v. Equifax Inc. | 9/11/2017 |
| 1:17-cv-03484-SCJ | Vita et al v. Equifax, Inc. | 9/12/2017 |
| 1:17-cv-03487-ELR | Green et al v. Equifax, Inc. | 9/12/2017 |
| 1:17-cv-03492-TCB | Beekman et al v. Equifax Inc. | 9/12/2017 |
| 1:17-cv-03497-MHC | Clark et al v. Equifax Inc. | 9/12/2017 |
| 1:17-cv-03498-ELR | Gottesman et al v. Equifax, Inc. | 9/12/2017 |
| 1:17-cv-03499-TWT | Mardock v. Equifax, Inc. | 9/12/2017 |
| 1:17-cv-03501-TWT | Mohamedali et al v. Equifax Inc. | 9/12/2017 |
| 1:17-cv-03502-TCB | McDowell et al v. Equifax, Inc. | 9/12/2017 |
| 1:17-cv-03507-LMM | Pleasant et al v. Equifax, Inc. | 9/13/2017 |
| 1:17-cv-03509-WSD | Englert et al v. Equifax, Inc. | 9/13/2017 |
| 1:17-cv-03512-TWT | Eastman et al v. Equifax Inc. | 9/13/2017 |
| 1:17-cv-03523-ELR | O'Neill v. Equifax, Inc. et al | 9/13/2017 |

# Exhibit A

| Case Number | Case Title | Date Filed |
|---|---|---|
| 1:17-cv-03571-ELR | Tepfenhart et al v. Equifax, Inc. | 9/15/2017 |
| 1:17-cv-03578-CAP | Bologna et al v. Equifax, Inc. | 9/15/2017 |
| 1:17-cv-03582-SCJ | McHenry et al v. Equifax, Inc. | 9/15/2017 |
| 1:17-cv-03586-CAP | Cox et al v. Equifax, Inc. | 9/15/2017 |
| 1:17-cv-03587-AT | Broder v. Equifax, Inc. | 9/15/2017 |
| 1:17-cv-03613-ELR | Murphy et al v. Equifax, Inc. | 9/18/2017 |
| 1:17-cv-03618-AT | O'Dell Properties, LLC et al v. Equifax, Inc. | 9/19/2017 |
| 1:17-cv-03659-MHC | Simmons et al v. Equifax Inc. et al | 9/20/2017 |
| 1:17-cv-03676-LMM | Bakken et al v. Equifax, Inc. | 9/21/2017 |
| 1:17-cv-03708-SCJ | Brannan et al v. Equifax, Inc. | 9/22/2017 |
| 1:17-cv-03713-MHC | Horne et al v. Equifax Inc. | 9/22/2017 |
| 1:17-cv-03715-MHC | Bank of Louisiana et al v. Equifax Inc. | 9/22/2017 |
| 1:17-cv-03745-WSD | LaGasse et al v. Equifax Inc. et al | 9/25/2017 |
| 1:17-cv-03764-SCJ | Chenault v. Equifax, Inc. | 9/26/2017 |
| 1:17-cv-03765-LMM | Duke et al v. Equifax | 9/26/2017 |
| 1:17-cv-03769-CAP | Gastineau et al v. Equifax, Inc. | 9/27/2017 |
| 1:17-cv-03798-AT | Katz et al v. Equifax, Inc | 9/28/2017 |
| 1:17-cv-03809-CAP | Dixon et al v. Equifax, Inc. | 9/28/2017 |
| 1:17-cv-03829-LMM | Henderson v. Equifax, Inc. | 9/29/2017 |
| 1:17-cv-03863-CC | Lewis v. Equifax, Inc. | 10/3/2017 |
| 1:17-cv-03872-LMM | Halpin v. Equifax, Inc. | 10/3/2017 |
| 1:17-cv-03873-CC | Gulf Winds Federal Credit Union v. Equifax, Inc. | 10/3/2017 |
| 1:17-cv-03881-CC | Pellitteri et al v. Equifax, Inc. | 10/4/2017 |
| 1:17-cv-03885-TCB | Jimenez v. Equifax, Inc. | 10/4/2017 |
| 1:17-cv-03886-SCJ | Kademi, LLC et al v. Equifax, Inc. | 10/4/2017 |
| 1:17-cv-03892-ELR | Army Aviation Center Federal Credit Union v. Equifax Inc. | 10/4/2017 |
| 1:17-cv-03905-ELR | Larson et al v. Equifax, Inc. | 10/5/2017 |
| 1:17-cv-03972-TWT | Wilkins et al v. Equifax | 10/10/2017 |